# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Cassandra Gimmer, <br><br> Plaintiff, <br><br> vs. <br><br> Advanced Correctional Healthcare, Inc., Dr. Karen Butler, Dr. William Scheidt, Nurse Anthony Shabrack, Nurse Donna Johnson, and County of Blue Earth, Minnesota, <br><br> Defendants. | Civil File No.: 18-CV-149 (DWF/DTS) <br><br><br> **ORDER ON STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER TO EXTEND CERTAIN DEADLINES** |

This matter having come before the Court on the parties' Stipulation to Amend Scheduling Order (ECF No. 16), and based upon all the files and proceedings herein,

**IT IS HEREBY ORDERED:**

1. The identity of any expert who may testify at trial regarding issues on which the party has the burden of persuasion must be disclosed on or before **January 30, 2019**.

2. The initial expert written report(s) completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) and/or any disclosure required by Rule 26(a)(2)(C) must be served on or before **January 30, 2019.**

3. The identity of any experts who may testify in rebuttal to any initial expert must be disclosed on or before **March 30, 2019.**

1

4. Any rebuttal expert written report(s) completed in accordance with Fed. R. Civ. P. 26 (a)(2)(B) and/or any disclosure required by Rule 26(a)(2)(C) must be served on or before **March 30, 2019.**

5. Each side may take 1 deposition per expert.

6. All expert discovery, including expert depositions, must be completed by **April 30, 2019**. The parties must meet and confer to coordinate expert depositions. This conference should immediately follow the disclosure of the experts so that all expert depositions can be coordinated and completed on time. The parties must inform their experts about the deadlines for expert disclosures and depositions in this Scheduling Order.

7. All dispositive motions shall be filed, served, and scheduled by **May 30, 2019**.

4. All remaining deadlines set forth in the Pretrial Scheduling Order (ECF No. 13), including the trial ready date, remain unchanged.

Dated: _____          _____
                                Magistrate Judge David T. Schultz