# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Civil File No.: 18-CV-149 (DWF-DTS)

Cassandra Gimmer,

    Plaintiff,

vs.

Advanced Correctional Healthcare, Inc., Dr. Karen Butler, Dr. William Scheidt, Nurse Anthony Shabrack, Nurse Donna Johnson, and County of Blue Earth, Minnesota,

    Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that the above-entitled action shall be dismissed in its entirety, with prejudice, and on the merits, with each party bearing their own attorneys' fees, costs and expenses.

Date: May 17, 2019

**BENNEROTTE & ASSOCIATES, P.A.**

By: s/ Vincent J. Moccio
Vincent J. Moccio (#184640)
3085 Justice Way, Suite 200
Eagan, MN 55121
Telephone: (651) 842-9257
Facsimile: (651) 288-0860
vincent@bennerotte.com

*Attorneys for Plaintiff*

|                          | **BASSFORD REMELE**<br>*A Professional Association* |
|--------------------------|------------------------------------------------------|
| Date:   May 17, 2019     | By: <u>s/ Christine E. Hinrichs</u><br>Jonathan P. Norrie (#347309)<br>Christine E. Hinrichs (#389963)<br>100 South 5th Street, Suite 1500<br>Minneapolis, MN 55402-1254<br>Telephone:  (612) 333-3000<br>Facsimile:    (612) 333-8829<br>jnorrie@bassford.com<br>chinrichs@bassford.com<br><br>*Attorneys for Defendants Advanced Correctional Healthcare, Inc., Dr. Karen Butler, Dr. William Scheidt, and Nurse Anthony Shabrack* |